**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION – LEXINGTON**

| | |
|---|---|
| CORY ADAMS,<br>    **Plaintiff,**<br>v.<br>WES C. BRENTON,<br>    **Defendant.** | CIVIL ACTION NO. 5:17-251-KKC<br><br>**<u>JUDGMENT</u>** |

In accordance with the opinions and orders entered on this date and on June 4, 2018, the Court hereby ORDERS and ADJUDGES as follows:

1) Plaintiff Corry Adams is entitled to summary judgment in his favor on his claims against defendant Wes C. Brenton for breach of contract, breach of express warranty, violation of the Kentucky Consumer Protection Act, and fraud;

2) Defendant Wes C. Brenton is LIABLE to Adams for the following amounts:

   a) Compensatory damages of $235,000 plus interest on that amount at the legal rate of interest effective on the date of entry of this judgment, computed daily and compounded annually, until paid in full.; and

   b) Attorney's fees of $40,385.35;

3) This judgment is FINAL and APPEALABLE; and

4) This matter is DISMISSED and STRICKEN from the Court's active docket.

Dated November 13, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY